UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21064-CIV-UNGARO/O'SULLIVAN

RASHANN BRADLEY,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD,
A LIBERIAN CORPORATION, a Florida
foreign profit corporation d/b/a ROYAL
CARIBBEAN INTERNATIONAL

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Compel (DE# 30, 1/22/08) and the Plaintiff's Motion to Determine the Sufficiency of Defendant's Objections to Plaintiff's First Request for Admissions to Defendant (DE #28, 1/21/08). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel (DE# 30, 1/22/08) is GRANTED in part and DENIED in part in accordance with this Order. The motion is denied with respect to interrogatories. The unsworn declaration is sufficient. With respect to the requests for production, the defendant shall respond to one (1) through 11 and 13, or indicate to the plaintiff which documents already provided relate to each of those requests. It is further

ORDERED AND ADJUDGED that the Plaintiff's Motion to Determine the Sufficiency of Defendant's Objections to Plaintiff's First Request for Admissions to

Defendant (DE #28, 1/21/08) is GRANTED. The requests are not vague and ambiguous. The burden of demonstrating a discovery request is vague or ambiguous lies with the party making such an objection. <u>See</u>, <u>McCoo v. Denny's,</u> 192 F.R.D. 675, 694 (D. Kan. April 18, 2000) citing, <u>Pulsecard, Inc. v. Discover Card Services, Inc.</u>, 168 F.R.D. 295, 310 (D.Kan.1996). The defendant has failed to show vagueness or ambiguity. It is further

ORDERED AND ADJUDGED that on or before March 7, 2008, the defendant shall serve amended answers to the plaitniff's First Request for Admissions.

DONE AND ORDERED in Chambers at Miami, Florida this **28**[st] day of February, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Ungaro
All counsel of record